UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff,<br><br>v.<br><br>**CARLOS E. RAMOS,**<br>Defendant. | CR NO. 98-220(JAF) |

## INFORMATIVE MOTION

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by and through the undersigned attorneys, and very respectfully submit the following information:

1. That the United States herby informs this Honorable Court that AUSA Antonio R. Bazán will be on annual leave from June 14, 2007, up to and including July 2, 2007, on which date he will return to the District of Puerto Rico.

2. It is respectfully requested that whenever possible, all hearings in this case be scheduled after the dates herein informed.

WHEREFORE, the United States of America respectfully requests the above information be noted.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 14th day of June, 2007.

ROSA EMILIA RODRIGUEZ-VELEZ
United States Attorney

s// Antonio R. Bazán
Antonio R. Bazán - #117007
Senior Litigation Counsel
Torre Chardón Bldg., Suite 1201
#350 Carlos Chardón Avenue
Hato Rey, Puerto Rico  00918
(787) 766-5656

**Informative Motion**
<u>US v. Carlos E. Ramos</u>
Cr. No. 98-220(JAF)
Page 2

# CERTIFICATE OF SERVICE

    I hereby certify that on June 14th, 2007, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to **Enrique Vélez-Rodríguez and Yasmin A. Irizarry, Assistant Federal Public Defender.**

    In San Juan, Puerto Rico, this 14th day of June, 2007.

    s/ <u>Antonio R. Bazán</u>
    Antonio R. Bazán - #117007
    Senior Litigation Counsel